JS - 6   LINK: 3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-7930 GAF (JCGx) | Date | November 30, 2011 |
|---|---|---|---|
| Title | Alberto Nieto v. People of San Bernardino County | | |

| Present: The Honorable | GARY ALLEN FEESS | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**        **(In Chambers)**

### ORDER DISMISSING CASE

On October 20, 2011, Plaintiff Alberto Nieto filed a "Petition for a Writ of Mandamus Pursuant to 28 U.S.C. § 1651 All Writs Act" ("Petition") against Defendant "The People of San Bernardino County." (Docket No. 2, Petition at 1.) On November 8, 2011, this Court issued an Order to Show Cause ordering Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. (Docket No. 8, 11/8/11 Order.) The Court's order directed Plaintiff to file his response by no later than November 22, 2011, and advised that a failure to file a timely response would be deemed consent to an order dismissing the case. (Id. at 4.)

To date, Plaintiff has not filed a response to the Court's Order to Show Cause. The Court therefore **DISMISSES** this case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**